IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ROBERT A. FRADY, )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>AETNA LIFE INSURANCE COMPANY, )<br>)<br>Defendant. ) | CIVIL NO. 1:05cv328-T |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Jennifer E. Johnsen and J. Nicole Judd of the law firm of Gallivan, White & Boyd, P.A. to appear as additional counsel for the defendant in this matter filed on March 16, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Jennifer E. Johnsen and J. Nicole Judd are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: March 17, 2006

_____
Dennis L. Howell
United States Magistrate Judge